90–1342. State v. Lawson. *Clermont County*, No. CA88–05–044. UPON CONSIDERATION of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States,

IT IS ORDERED that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED that the compliance with the mandate and the execution of sentence be, and the same are hereby, stayed pending the timely filing of the petition in the Supreme Court of the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

92–2097. State ex rel. Yeun v. Twyford. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion for an alternative writ and respondent's letter in response,

IT IS ORDERED by the court that said motion for an alternative writ be, and the same is hereby, denied.

## MISCELLANEOUS DISMISSALS

92–1513. State ex rel. Wallace v. West Geauga Local School Dist. Bd. of Edn. *Geauga County*, No. 91–G–1644. This cause, here on appeal from the Court of Appeals for Geauga County, was considered in the manner prescribed by law. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted.

### *Wednesday, October 28, 1992*

## MERIT DOCKET

92–280. State ex rel. O'Donnell v. Voinovich. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., not participating.

92–1726. State ex rel. Hill v. State. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

92–1751. State ex rel. Richard v. Matia. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

92–1776. State ex rel. Hurst v. Wilkinson. In Mandamus. *Sua sponte*, cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

92–1784. State ex rel. Corethers v. Ohio Parole Bd. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.